# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LACONDEGUY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YRC, INC., dba YELLOW ROADWAY;<br>and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 2:13-CV-00357-MCE-EFB<br><br>**ORDER TO SET A SETTLEMENT CONFERENCE AND MODIFY THE COURT'S PRETRIAL SCHEDULING ORDER**<br><br>Complaint Filed: December 5, 2012<br>Trial Date:　　April 6, 2015 |

**ORDER**

Pursuant to the stipulation of the parties, the Pretrial Scheduling Order dated August 5, 2013, is hereby modified as follows:

1. All fact discovery is to be completed by September 5, 2014;
2. Expert witness disclosure shall take place on December 15, 2014;
3. The Clerk's office is directed to randomly assign a settlement conference judge and send out notice of the assignment to the parties so that the parties may schedule their settlement conference directly with the assigned settlement judge.

IT IS SO ORDERED.

Dated: May 21, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT