Lawrance A. Bohm (SBN: 208716)
Victoria L. Baiza (SBN: 282715)
**BOHM LAW GROUP**
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
Telephone:  916.927.5574
Facsimile:  916.927.2046

Attorneys for Plaintiff,
ALBERT LACONDEGUY

Vince M. Verde, CA Bar No. 202472
vince.verde@ogletreedeakins.com
James T. Conley CA Bar No. 224174
james.conley@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:     714.800.7900
Facsimile:     714.754.1298

Attorneys for Defendant,
YRC INC. dba YELLOW ROADWAY

BOHM LAW GROUP
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CA 95834

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LACONDEGUY,<br><br>       Plaintiff,<br><br>       v.<br><br>YRC, INC.,<br><br>       Defendant. | Case No: 2:13-CV-00357-MCE-EFB<br><br>**STIPULATION AND REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

1    WHEREAS, Plaintiff, ALBERT LACONDEGUY ("Plaintiff") and Defendant, YRC,

2  INC. ("Defendant") reached a verbal settlement agreement at a Mandatory Settlement

3  Conference on July 29, 2014, the parties through their attorneys of record and subject to Court

4  approval, HEREBY STIPULATE to the following:

5    1.    Pursuant to the Minutes for Settlement Conference of July 29, 2014 (Document

6  Number 17 (No document attached)), today is the last day to file dispositional documents.

7    2.    Through no fault of Defendant, execution of the parties' final written settlement

8  agreement has taken longer than anticipated. Accordingly, the parties request that the Court

9  continue to retain jurisdiction over this case until Defendant can fully perform its duties as

10  required under the settlement agreement.

11    3.    Counsel has agreed on final settlement agreement language.  At this point, the

12  parties are waiting for Plaintiff to execute the agreement before Defendant will be required to

13  execute duties under the agreement.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

///

BOHM LAW GROUP
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CA 95834

STIPULATION AND REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS;
ORDER

4.    It is estimated that Defendant will fully perform its duties as required under the settlement agreement and will conform to the settlement agreement. Upon Defendant's completion of its duties, Plaintiff will file with this Court a joint stipulation and request for order of dismissal with prejudice, signed by counsel for all parties.

5.    Dispositional documents will be filed no later than October 13, 2014.


BOHM LAW GROUP


Date:  September 12, 2014                    By:   ___/s/ Victoria L. Baiza___
                                                         Lawrance A. Bohm, Esq.
                                                         Victoria L. Baiza, Esq.

                                                         Attorneys for Plaintiff,
                                                         ALBERT LACONDEGUY


                                             OGLETREE, DEAKINS, NASH, SMOAK
                                             & STEWART P.C.


Date:  September 12, 2014             By:   ___/s/ James T. Conley (as authorized on 9/12/14)___
                                                         Vince M. Verde, Esq,
                                                         James T. Conley, Esq.

                                                         Attorneys for Defendant,
                                                         YRC, INC.
                                                         dba YELLOW ROADWAY

## ORDER

Pursuant to stipulation, the dispositional documents in this matter SHALL BE FILED no later than October 13, 2014.

IT IS SO ORDERED.

Dated:  September 26, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

BOHM LAW GROUP
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CA 95834