Lawrance A. Bohm (SBN: 208716)
Victoria L. Baiza (SBN: 282715)
**BOHM LAW GROUP**
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
Telephone:  916.927.5574
Facsimile:  916.927.2046

Attorneys for Plaintiff,
ALBERT LACONDEGUY

Vince M. Verde, CA Bar No. 202472
vince.verde@ogletreedeakins.com
James T. Conley CA Bar No. 224174
james.conley@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:     714.800.7900
Facsimile:     714.754.1298

Attorneys for Defendant,
YRC INC. dba YELLOW ROADWAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LACONDEGUY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YRC, INC.,<br><br>　　　　Defendant. | Case No: 2:13-CV-00357-MCE-EFB<br><br>**STIPULATION AND REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

BOHM LAW GROUP
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CA 95834

WHEREAS, Plaintiff, ALBERT LACONDEGUY ("Plaintiff") and Defendant, YRC, INC. ("Defendant") reached a verbal settlement agreement at a Mandatory Settlement Conference on July 29, 2014, the parties through their attorneys of record and subject to Court approval, HEREBY STIPULATE to the following:

1.      Pursuant to Order of the Court on September 26, 2014 (Document Number 19 (No document attached)), today, October 13, 2014, is the last day to file dispositional documents.

2.      Through no fault of Defendant, execution of the parties' final written settlement agreement has taken longer than anticipated. Accordingly, the parties request that the Court continue to retain jurisdiction over this case until Defendant can fully perform its duties as required under the settlement agreement.

3.      Counsel has agreed on final settlement agreement language.  At this point, the parties are waiting for Plaintiff to execute the agreement before Defendant will be required to execute duties under the agreement.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION AND REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS;
ORDER

*Lacondeguy v. YRC, Inc.*
Case No.:  2:13-CV-00357-MCE-EFB

1 | ///

2    4.    It is estimated that Defendant will fully perform its duties as required under the
3 settlement agreement and will conform to the settlement agreement. Upon Defendant's
4 completion of its duties, Plaintiff will file with this Court a joint stipulation and request for
5 order of dismissal with prejudice, signed by counsel for all parties.

6    5.    Dispositional documents will be filed no later than November 28, 2014.

7

8                                        BOHM LAW GROUP

9 Date:  October 13, 2014            By:    _/s/ Victoria L. Baiza_____
10                                          Lawrance A. Bohm, Esq.
                                            Victoria L. Baiza, Esq.
11

12                                          Attorneys for Plaintiff,
                                            ALBERT LACONDEGUY
13

14                                        OGLETREE, DEAKINS, NASH, SMOAK
15                                        & STEWART P.C.

16 Date:  October 13, 2014        By:    ____/s/ James T. Conley (as authorized on 10/13/14)____
17                                          Vince M. Verde, Esq,
                                            James T. Conley, Esq.
18

19                                          Attorneys for Defendant,
                                            YRC, INC.
20                                          dba YELLOW ROADWAY

21                                        **ORDER**

22    Pursuant to stipulation, the Court will retain jurisdiction over this case until dispositional
23 documents are filed, which SHALL BE NO LATER than November 28, 2014.

24    IT IS SO ORDERED.
25 Dated:  October 14, 2014

26

27                                          _____
                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT
28

---

STIPULATION AND REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS;
ORDER

*Lacondeguy v. YRC, Inc.*
Case No.:  2:13-CV-00357-MCE-EFB

BOHM LAW GROUP
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CA 95834