# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ALBERT LACONDEGUY, | Case No. 2:13-CV-00357-MCE-EFB |
|---|---|
| Plaintiff, | |
| vs. | **ORDER RE: JOINT STIPULATION FOR DISMISSAL** |
| YRC, INC., dba YELLOW ROADWAY; and DOES 1-100, inclusive, | Complaint Filed: December 5, 2012 |
| Defendants. | |

Upon consideration of the Joint Stipulation submitted by Plaintiff Albert Lacondeguy and Defendant YRC Inc., it is hereby ordered that the above-entitled action is dismissed with prejudice in its entirety. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT